1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     THANH QUANG,                              No.  2:22-cv-1341 CKD P

12                    Plaintiff,

13            v.                                 ORDER

14     CSP CALIFORNIA MEDICAL
       FACILITY,
15
                      Defendant.
16

17

18          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

19     U.S.C. § 1983.  Plaintiff has not, however, filed an application to proceed in forma pauperis or

20     paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1]  See 28 U.S.C. §§

21     1914(a), 1915(a).

22          Good cause appearing, IT IS HEREBY ORDERED that:

23          1.  Plaintiff shall submit, within thirty days from the date of this order, an application to

24     proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the

25     /////

26

27     _____
       [1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee,
       but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not
28     required to pay the $52.00 administrative fee.

                                             1

1    amount of $402.00; plaintiff's failure to comply with this order will result in a recommendation

2    that this action be dismissed; and

3        2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

4    Forma Pauperis By a Prisoner.

5    Dated:  August 2, 2022

6                                    _____
                                     CAROLYN K. DELANEY
7                                    UNITED STATES MAGISTRATE JUDGE

8

9

10   1/mp
     quan1341.3a
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2