_Thanh Quang_ / CDCR# AS-9722
Name and Prisoner/Booking Number

_CSP- California Medical Facility_
Place of Confinement

_Po Box 2000_
Mailing Address

_Vacaville, CA. 95696_
City, State, Zip Code

**FILED**

Sep 27, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

_Thanh Quang_ ,
(Full Name of Plaintiff)              Plaintiff,

v.

(1) _CSP- California Medical Facility_ ,
(Full Name of Defendant)

(2) _____ ,

(3) _____ ,

(4) _____ ,
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

_Civil Rights Complaint By A Prisoner_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2:22-cv-1341 CKD (PC)

~~2:22-cv-1703 KJN (PC)~~

CASE NO. _____

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:

☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

☐ Other: _____.

2.   Institution/city where violation occurred: _CSP- CMF / Vacaville, CA._

Revised 3/15/2016                                    1

## B. DEFENDANTS

1. Name of first Defendant: _____. The first Defendant is employed as:
_____ at _CSP - California Medical Facility_.
                      (Position and Title)                                             (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
_____ at _____.
                      (Position and Title)                                             (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____ at _____.
                      (Position and Title)                                             (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
                      (Position and Title)                                             (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

  a. First prior lawsuit:
    1.  Parties: _____ v. _____
    2.  Court and case number: _____.
    3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

  b. Second prior lawsuit:
    1.  Parties: _____ v. _____
    2.  Court and case number: _____.
    3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

  c. Third prior lawsuit:
    1.  Parties: _____ v. _____
    2.  Court and case number: _____.
    3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
        _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1.  State the constitutional or other federal civil right that was violated: _CALifornia code_
_of REGULATION TITLE 15. UNDER HEALTH ISSUES._

2.  **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Disciplinary proceedings
    - ☐ Excessive force by an officer
    - ☐ Mail
    - ☐ Property
    - ☐ Threat to safety
    - ☐ Access to the court
    - ☐ Exercise of religion
    - ☐ Other: _____
    - ☒ Medical care
    - ☐ Retaliation

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _I'm NOT getting the medical care_
    _that I needs. I'm a diabetes._

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    _IT CARRIES me TIME of AUGUST. I might_
    _lead to dead or hospitalization._

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim I?    ☒ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim I to the highest level?    ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim II.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
☐ Basic necessities              ☐ Mail              ☐ Access to the court           ☐ Medical care
☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion           ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                                        ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim II?                      ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?          ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                          ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim III?                  ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?        ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

_COMPENSATION IN MONEY VALUE._
_& MEDICAL CARE (PROPERLY)_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____9/27/2022____                                              _____
                        DATE                                                              SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach
more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach
additional pages, be sure to identify which section of the complaint is being continued and number all pages.
Remember, there is no need to attach exhibits to your complaint.

# CIVIL COVER SHEET (E-FILING FROM CDCR ONLY)

This civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized by the Standing Order signed by the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission Of Prisoner Litigation Filed By Plaintiffs Incarcerated at Participating Institutions", and approved by the Clerk of the Court. This civil cover sheet is required on all cases filed by Plaintiffs housed at institutions participating under the e-filing program pursuant to the Standing Order and necessary for the purpose of initiating the civil case.

| I. PLAINTIFF *(to be Completed by Plaintiff)* | II. DEFENDANT(S) *(to be Completed by Plaintiff)* |
|---|---|
| THANH QUANG<br>CDCP# A59722<br><br>1600 CALIFORNIA dR.<br>VACAVILLE. CA 95696 | CALIFORNIA<br>MEDICAL<br>FACILITY |

**III. INSTITUTION BEING E-FILED FROM**
*(To be Completed by CDCR Staff Member)*

CDCR Institution Abbreviation Code ___C.M.F___

**IV. SENDER INFORMATION**
*(to be Completed by CDCR Staff Member)*

SENDER: ___CDDi___ *(Please SIGN Name)*   ___CDD___ *(Please PRINT Name)*

DATE SCANNED & EMAILED: ___9/27/00___

**V. IF CIVIL COMPLAINT CANNOT BE E-FILED ONLY**
*(to be Completed by CDCR Staff Member)*

☐ *This civil complaint, and other initial filing documents authorized by the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission Of Prisoner Litigation Filed By Plaintiffs Incarcerated at Participating Institutions" is authorized to be filed through the U.S. mail and accepted by the Clerk of the Court without the need to be electronically filed because the digital sender/scanner was down for more than 48 hours. See Standing Order at ¶ 2.*

DATED: _____

_____<br>(Please SIGN Name)

_____<br>(Please PRINT Name)

*Institution Abbreviation Code:* _____

See Reverse Side for "*Instructions To Plaintiffs Participating In E-Filing Program At Participating CDCR Facilities*"