UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH QUANG,<br><br>  Plaintiff,<br><br>  v.<br><br>CSP CALIFORNIA MEDICAL FACILITY,<br><br>  Defendant. | No. 2:22-cv-1341-TLN-CKD<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 29, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The August 29, 2023 findings and recommendations (ECF No. 15) are ADOPTED IN FULL;
2. Plaintiff's second amended complaint is DISMISSED with prejudice; and
3. This Clerk of Court is directed to close this case.

Date:  September 27, 2023

Troy L. Nunley
United States District Judge